PERCIVAL, Respondent, v. PERCIVAL, Appellant. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Ethel M. Percival against Lewis A. D. Percival. I. N. Jacobson, for appellant. R. L. Carr, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PETER BARRETT MFG. CO. v. VAN RONK et al. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by the Peter Barrett Manufacturing Company against Fred Van Ronk and Everett E. Wheeler. No opinion. Motion for reargument and for resettlement of order denied. Motion for leave to appeal to the Court of Appeals (from 133 N. Y. Supp. 691) granted, without costs.

PETERSON et al., Respondents, v. MARTINO, Appellant. (Supreme Court, Appellate Division, Second Department. May 29, 1912.) Action by May E. Peterson and others against Mary H. Martino. No opinion. Judgment affirmed, with costs.

PIERPOINT, Respondent, v. FIFTH AVE. COACH CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Francis Pierpoint, an infant, etc., against the Fifth Avenue Coach Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 135 N. Y. Supp. 322) denied, without costs.

PIETSCH v. PEERLESS PRINTING CO. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Arthur Pietsch, an infant, etc., against the Peerless Printing Company. F. W. Catlin, for appellant. J. A. O'Leary, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PITKIN, Respondent, v. MULDERRY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Marjorie Pitkin against Patrick Mulderry and others.

PER CURIAM. Judgment and orders affirmed, with costs.

SPRING, J., dissents as to the affirmance of the order setting aside the nonsuit as to Mulderry Bros., on the ground that at the time the nonsuit was granted no cause of action had been established against them. Blumenthal v. Lewy, 82 App. Div. 535, 81 N. Y. Supp. 528.

POLAKOFF, Appellant, v. CAMPBELL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Charles Polakoff, as administrator, etc., against John M. Campbell and others, as receivers, etc. No opinion. Judgment affirmed, with costs.

POLLITZ v. WABASH R. CO. et al. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by James Pollitz against the Wabash Railroad Company and others. No opinion. Motion granted. Question certified, as stated in order. Order filed. See, also, 135 N. Y. Supp. 785, 789.

POTTER v. BUFFALO, L. & R. RY. CO. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by Genevieve V. Potter against the Buffalo, Lockport & Rochester Railway Company. No opinion. Motion for leave to appeal to Court of Appeals (from 134 N. Y. Supp. 1143) denied, with $10 costs.

POTTER, Respondent, v. ENGERT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by Mary E. Potter against Fred R. Engert. No opinion. Judgment affirmed, with costs. See, also, 132 App. Div. 949, 117 N. Y. Supp. 1145.

POTTER, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by Horace H. Potter against the Pennsylvania Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 134 N. Y. Supp. 1143.

In re POWELL. (Supreme Court, Appellate Division, First Department. June 7, 1912.) In the matter of Omar Powell. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POWELL v. GERMAN ARTISTIC WEAVING CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Henry Powell against the German Artistic Weaving Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PREGIZER, Appellant, v. LOREY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by John Pregizer against Mary Lorey, as treasurer, etc.

PER CURIAM. Judgment affirmed, with costs. Held, that the deceased was not in good standing in the defendant society at the time of her death.

SPRING and ROBSON, JJ., dissent.

PRESTON, Respondent, v. BARRICK PUBLISHING CO., Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Henry L. Preston against the Barrick Publishing Company. W. R. Adams, for appellant. H. C. Burnstine, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed.